UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WEAVER COOKE CONSTRUCTION, LLC, | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | NO.: 5:14-cv-00710-BR |
| | ) | |
| EAST CAROLINA MASONRY, INC., | ) | |
| | ) | |
|     Appellee. | ) | |

| | | |
|---|---|---|
| WEAVER COOKE CONSTRUCTION, LLC, | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | NO.: 5:14-cv-00712-BR |
| | ) | |
| EAST CAROLINA MASONRY, INC., | ) | |
| | ) | |
|     Appellee. | ) | |

| | | |
|---|---|---|
| EAST CAROLINA MASONRY, INC., | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | NO.: 5:15-cv-00244-BR |
| | ) | |
| WEAVER COOKE CONSTRUCTION, LLC, | ) | |
| | ) | |
|     Appellee. | ) | |

| | |
|---|---|
| EAST CAROLINA MASONRY, INC., | ) |
|     Appellant, | ) ) ) |
| v. | )   NO.: 5:15-cv-00252-BR |
| WEAVER COOKE CONSTRUCTION, LLC, | ) ) ) ) |
|     Appellee. | ) |

**ORDER**

This matter comes before the court on Weaver Cooke Construction, LLC's unopposed motion to dispense with the appendix requirement under Bankruptcy Rules 8018(b)(1) and (2).

The motion is ALLOWED.

This 31 August 2015.

_____
                W. Earl Britt
                Senior U.S. District Judge