IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| WEAVER COOKE CONSTRUCTION, LLC, | ) | |
|---|---|---|
| Appellant, | ) | |
| v. | ) | NO.: 5:14-cv-00710-BR |
| EAST CAROLINA MASONRY, INC., | ) | |
| Appellee. | ) | |

| EAST CAROLINA MASONRY, INC., | ) | |
|---|---|---|
| Appellant, | ) | |
| v. | ) | NO.: 5:15-cv-00244-BR |
| WEAVER COOKE CONSTRUCTION, LLC, | ) | |
| Appellee. | ) | |

**ORDER**

This matter is before the court on joint motion of the parties to consolidate the above cases. Pursuant to Bankruptcy Rule 8003(b)(2), the motion is ALLOWED. Briefing shall proceed pursuant to Bankruptcy Rule 8016. All future filings shall be in Case No: 5:14-cv-00710-BR only. The Clerk is DIRECTED to close Case No. 5:15-cv-00244-BR.

This 4 September 2015.

W. Earl Britt
Senior U.S. District Judge